Christoffer Hannevig, Appellant, v. Irving Cox and Another, Copartners, etc., and Willard U. Taylor, Respondent.— Order for bill of particulars modified by striking from paragraph 2a the requirement to " state all the circumstances in connection therewith," and by striking out the requirements of paragraphs 7a and 7b, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

John H. Tilton, Jr., Respondent, v. William Grant Brown and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements; the date upon which examination is to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page. JJ.

Agnes H. Maier, Respondent, v. Joseph A. Maier, Appellant.— Order reversed and motion denied, with leave to plaintiff to renew motion if defendant default in payment after further demand. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Hyman Eisenberg, Appellant, v. Harry Lustgarten and Another, Respondents.— Order modified as stated in order entered hereon, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Samuel Newman, Appellant, v. Patrick McGovern and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted to extent stated in order entered hereon. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Morris Solomon, Appellant, v. Adolph H. Kates and Another, Composing the Firm of Kates Brothers, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of the Election of Directors of the Real Estate Owners Protective Association. L. Victor Weil, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York v. Leon Marco.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York v. Russell L. Guipe.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

The People of the State of New York v. Louis Hoffman and Others. — Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.